People v Jackson (2024 NY Slip Op 05111)

People v Jackson

2024 NY Slip Op 05111

Decided on October 16, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 16, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
LILLIAN WAN
JAMES P. MCCORMACK, JJ.

2023-07316
 (Docket No. 72599/23)

[*1]The People of the State of New York, respondent
v
William Jackson, appellant. Patricia Pazner, New York, NY (James A. Tomberlin of counsel), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Terrence F. Heller of counsel; Ali Fazal on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Claudia Daniels-DePeyster, J.), imposed July 20, 2023, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the appeal is dismissed as academic.
The defendant's contention that the sentence imposed was excessive has been rendered academic (see People v Nicholson, 31 AD3d 468, 469), since the maximum expiration date of his sentence has passed (see People v Reyes-Lopez, 189 AD3d 1269; People v Vielman, 164 AD3d 623). Accordingly, we dismiss the appeal.
IANNACCI, J.P., GENOVESI, DOWLING, WAN and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court